**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
~~Fayetteville~~ DIVISION**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL - 6 2016

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

RECEIVED
WD/AR
JUN 2 9 2016
U.S. CLERKS OFFICE

Robert W. Avery
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. 652373
(Do Not Put Your Social Security Number)

v.

CASE NO. 16 5169

Sheriff Helder, Major Denzer, Sgt. Morse, Sgt. Fuller, Landon, East, Sgt Arnald, John & Jane Doe(s)
Aramark Food Service/Commissary John & Jane Doe(s)
(Enter above the full name of the Defendant, City of Springdale, Springdale P.D.
or Defendants, in this action.) City Chief of Police

## I. Previous Lawsuits

**A.** Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No __X__

**B.** If your answer to A is yes, describe each lawsuit in the space below including the <u>exact Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit

Plaintiffs: _N/A_____

Defendants: _N/A_____

_____

2. Court (if federal court, name the district; if state, name the county):

_N/A_____

3. Docket number: _N/A_____

4. Name of judge to whom case was assigned: _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

(Revised 04/2015)

**II.**    **Place of Present Confinement:** _W.C.D.C,_
_1155 Clydesdale DR. Fayetteville AR. 72701_

**III.**    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    **A.**    Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes _X_    No _____

    **B.**    If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    **C.**    If your answer is NO, explain why not: _____
_GRIEVANCES ARE ON Kiosk_

**IV.**    **Parties**

    (In item A below, place your name in the first blank and place your present address in the second blank.)

    **A.**    Your Full Name: _Robert William Avery_

        Address: _____

    (In Item B below, place the <u>full</u> name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

    **Do Not List Witnesses.**

    **You may not name the jail as a Defendant. The jail is a building and cannot be sued.**

    **B. Read carefully and fill out all information sought.**

      <u>**1. Defendant #1**</u>

      Full Name: _SHERIFF HELDER / WASHINGTON CO._
_SHERIFF'S Office + W.C. D.C._

      Position: _SHERIFF_

      Place of Employment: _W. CO. SHERIFF / Detention Center_

      Address: _1155 Clydesdale DR._
_Fayetteville, AR. 72701_

**2. Defendant #2**

Full Name: _MAJOR DENZER_

Position: _MAJOR_

Place of Employment: _SAME AS ABOVE_

Address: _" " "_

**3. Defendant #3**

Full Name: _Sgt'S fuller, MORSE, ARNold_

Position: _SERGEANTS_

Place of Employment: _SAME AS ABOVE_

Address: _" " "_

**4. Defendant #4**

Full Name: _LANDON & EASt_

Position: _UNKNOWN_

Place of Employment: _SAME AS ABOVE_

Address: _" " "_

**5. Defendant #5**

Full Name: _ARAMARK food·SERVICE/ Commissary_

Position: _____

Place of Employment: _____

Address: _____

**6. Defendant #6**

Full Name: _JOHN & JANE DOE(S)_

Position: _WCDC OR ARAMARK Employees_

Place of Employment: _SAME AS ABOVE_

SPRINGDALE, SPRINGDALE CHIEF of Police,

Address: ~~JOHN & JANE DOE(S)~~

201 SPRING ST SPRINGDALE, AR 72764

V.   At the time of the alleged incident(s), were you:
(check the appropriate blank)

X  in jail and still awaiting trial on pending criminal charges
___ serving a sentence as a result of a judgment of conviction
X  in jail for other reasons (*e.g.,* alleged probation violation, etc.)

Explain: Parole violated w/ New Pending

Charges

Please provide the date of your conviction or probation or parole revocation:

5/26/15 Parole Revocated

VI.   **Statement of Claim**

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal
constitutional rights.  For example, if you have an excessive force claim and a denial of medical care
claim, you must fill out a separate section for each different claim.  This section should be limited
to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe
was involved in violating your rights.  Include also the names of other persons involved, dates and
places.  Do not give any legal arguments or cite any cases or statutes.  (Use as much space as you
need.  Attach extra sheets if necessary.)

<u>Claim Number # 1:</u>

Type of Claim (for example:  excessive force, denial of medical care, etc.):

Denial of adequate food, nutrition

Calories

Date of the Occurrence: 5/23/16 & Continuing

Name of each Defendant involved: ARAMARK food service/Commissary

JOHN & JANE DOE(S)

CONTAINED ON SEPARATE FORM

(A)  With respect to Defendant (Name) _____, describe the acts or
omissions of <u>this</u> Defendant that form the basis for claim #1 and any harm caused by it.

ON SEPERATE PAPER

-4-

_____

_____

_____

Are you suing **this** Defendant in his or her: (check the appropriate blank)

_____    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_X_    **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____ Complaint on Seperate Paper _____

_____

_____

_____

_____

**(B)  With respect to Defendant (Name)** Sheriff Helder **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

_____ On Seperate Paper _____

_____

_____

_____

_____

Are you suing **this** Defendant in his or her: (check the appropriate blank)

_____    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_X_    **both official and personal capacity**

-5-

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

(C)  With respect to Defendant (Name) _MAJOR DENZER_, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

_____ON SEPERATE PAPER_____

_____

_____

_____

_____

_____

Are you suing this Defendant in his or her: (check the appropriate blank)

_____  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__X__  both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____SEPERATE PAPER_____

_____

_____

_____

_____

*All NAMED DEFENDANTS*

**(D)  With respect to Defendant (Name)** _____, **describe the acts or omissions of** _this_ **Defendant that form the basis for claim #1 and any harm caused by it.**

_SEPERATE PAPER_

**Are you suing** _this_ **Defendant in his or her: (check the appropriate blank)**

_____  **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____  **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_X_  **both official and personal capacity**

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_Every Defendant is Named in Both Official & Personal Capacities_

**Claim Number # 2:**  _All Claims on SEPERATE PAPER._

**Type of Claim (for example:  excessive force, denial of medical care, etc.):**

_____

**Date of the Occurrence:** _____

**Name of each Defendant involved:** _____

# Complaint #1

Sheriff Helder, Major Denzer, Sgt Morse, Sgt Fuller, Landon, East, Sgt Arnold, And ARAMARK food service/Commissary John & Jane Doe(s)

These Defendants have allowed for a custom, practice, & procedure that has allowed ARAMARK food service/Commissary to serve food That is sub-standard Protein Deficient, And Nutricionally un-Balanced & Deficient meals. The portion sizes are inadequate. I have been forced to go hungry and in pain loosing weight and muscle mass, suffering Mental Anguish.

ARAMARK Routinely serves small portions on days that Commissary is ordered causing Indigent Person as myself to go hungry

The Reason for This is that the Defendants Profit from the selling of Commissary washington County Receives a percentage of All Commissary sold

Complaint #1 Continued

ARAMARK & Helder, Denzer, John & Jane Doe(s) Have knowingly Violated The Deceptive and unfair Trade Practice Laws.

This Act Violates The Plaintiff's Rights To Due Process And Equal Protection of The Law.

Resulting in Extortionistic Prices for Commissary, Hunger Pains, Mental Anguish.

I am Being Denied A Vegeterian Diet Even Though I informed Booking upon Arrival, Contacted food service and Medical And still I am going hungry etc Because I am Being force To Accept A Meat Tray

The food Handling & Serving to inmates fails To Comply w/ Safe food Handling Procedures. The food is Placed in Trays on a flat Cart, Not A Hot Box food is not kept @ 165° But Allowed To Sit out Prior To Serving.

Complaint #2

Sheriff Helder, Major Denzer, Sgt Morse,
Sgt Fuller, Landon, East, Sgt Arnold
   John & Jane Doe(s)

Have Refused To Allow The Use of A
Law Library, Refuse To Have A Law
Library in The Jail, Refuse To Give
Writing Material for Legal Writing

The Plaintiff Has Been Told by Jail
Staff That He "was issued 4 sheets of
Paper on Sunday & That it was His
Choice To Write family or The Courts."

The Plaintiff Has Numerous Pending
Criminal Charges Has Been in Jail over
30 Days Without An Attorney.
   He Has A Pending Divorce
With No Counsel As Well As Pending
Civil Complaint in The U.S. District
Court Eastern District
   Avery v. Cashion et al

Complaint #2 Continued

The Defendant's willful Refusal
To Provide A Law Library, Paging
System, Denial of whiting
Material for Legal USE, Making the
Plaintiff Choose To Either Contact
Family or The Courts, is a Violation
of The Plaintiff's Right To Access
The Courts and Freedom To Corospond
& Association Protected by The 6th & 1st
Amendments.

Complaint #3

Sheriff Helter, Major Denzer, Sgt. Morse
Sgt Fuller, Landon, East, Sgt Arnold
Springdale P.D., Chief of Police, John & Jane
Doe(s)

   The Transport Vans used by The Washington
County S.O. As well as Those used by
The City of Springdale, P.D.

   Are State Created Risks of Harm,
These Vans Are Steel Boxes inside of
The Vans. A Person is Placed in Shackles &
Belly Chains And Placed in A Steel Box, Locked
in, Then The Van Doors Are Closed And Locked.
There is No Way To Rescue The Person
in Back After a Violent Crash or
Accident. Seat Belts Are Not used.
Being Shackled & Belly-Chained A Person
Cannot Brace Against Being Thrown into
The Metal Sides Causing injury.
The use of These "Dog Box" Style of
Transport Vans is A Known Risk of Harm
Nor is There An Escape or Rescue Plan,
or Escape Door.

Complaint # 4

Sheriff Helder, Major Denzer, Sgt Morse, Sgt. Fuller Landon, East, Sgt. Arnold & John and Jane Doe(s)

I am Being Denied Newspaper & Magazines, as well as meaningful access to News & Media

The Radio is played, but Cannot be heard over the intercom system. The Radio is not Meaningful Access to the News media or outside world.

Meaningful Access to News & the outside world goings on are protected by the 1st Amendment and the Refusal to Allow this access to Newspapers, Magazines, News media is a Violation of these 1st Amend. Rights

Complaint #5

I Am Being Subjected To State/County Created Danger.

I Am Locked inside of A Cell Between 2 Steel Doors Without An Intercom in The Cell.

I Have no way in which To Alert or Notify Detention Staff in Case of Medical or Security Based Emergency.

A-Side of The Detention Center is Locked in Their Cells with High security or Violent Charged Persons. Being Locked in is A Known Risk of Harm & Historically Proven By Jail Records To Cause Inmate on Inmate Violence

I Am Being Shown Bias and Discriminatory Treatment By Being on A-Side While Inmates Housed on B-Side Are Allowed To get on Their Bunks Access Personal Property etc Anytime They Choose. While I Am Locked out of my Cell Being Punished without Due Process & without Just Cause.

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

**VII.     Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

X     **Compensatory damages** (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

X     **Punitive damages** (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.

I Seek an injunction Preventing the use of Leg irons & Transport Vans, Injunction Requiring Proper food handling and Portions & an order allowing Me Vegatarian Diet
an Court order allowing Me the use of a Law Library

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 23 day of JUNE , 20 16 .                    # 652373

Robert W. Avery
**Printed Name of Plaintiff**

Robert Avery
**Signature of Plaintiff**



Robert Avery
Washington County Jail
1155 W. Clydesdale Dr.
Fayetteville, AR 72701

U.S. District Court
office of The Clerk RM 510
35 E. Mountain
Fayetteville, AR, 72701